# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

159111(19)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 159111
                                        COA: 345315
                                        Roscommon CC: 78-001095-FY

DAVID MARSHALL CAMPBELL,
      Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 10, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



Clerk

b1216